IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -3 PM 12: 02

ROBERT R. Di TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.         CR. NO. 05-20048-Ma

DAVID BEAU WARREN,

    Defendant.

## ORDER ON MOTION TO CONTINUE REPORT DATE AND EXTENDING DEADLINE FOR FILING MOTIONS

Before the court is defendant's May 26, 2005 motion requesting that the report date set for May 31, 2005 be continued, and requesting an extension of time within which to file pretrial motions. For good cause shown, the motion for extension of time to file pretrial motions is granted. Defendant is allowed an additional 60 days to file pretrial motions in this case.

The motion to continue is moot in that counsel appeared before the court at the May 31, 2005 report date and the court continued this case to the August 1, 2005 rotation docket beginning at 9:30 a.m. with a report date of July 22, 2005 at 2:00 p.m.

Defendant failed to appear at the report date and defense counsel made an oral motion to waive defendant's appearance. The court conditionally granted the request pending receipt of a written waiver by the defendant.

The period from May 31, 2005, through August 12, 2005, is excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) to allow defense counsel additional time to prepare.

**IT IS SO ORDERED** this the ___3d___ day of June, 2005.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __6/6/05__

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:05-CR-20048 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
200 Jefferson Avenue
Suite 200
Memphis, TN 38103

Joseph C Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Paul Conley
FLIPPIN & ATKINS, P.C.
P.O. Box 160
Humbolt, TN 38343--016

Honorable Samuel Mays
US DISTRICT COURT